UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOOTBALL NORTHWEST, LLC d/b/a
SEATTLE SEAHAWKS and NATIONAL
FOOTBALL LEAGUE MANAGEMENT
COUNCIL,

    Plaintiffs,

vs.

MALIK McDOWELL and NATIONAL
FOOTBALL LEAGUE PLAYERS
ASSOCIATION,

    Defendants.

## INDEX OF EXHIBITS

Exhibit A   McDowell Order (redacted)

Exhibit B   McDowell Contract

Exhibit C   NFL CBA Excerpts

Exhibit D   Initiation Letter (redacted)

Exhibit E   Amended Initiation Letter (redacted)

Exhibit F   Excerpts of Arbitration Hearing Transcript (redacted)

4817-7730-8312.1