# Exhibit F –
# Excerpts of Arbitration
# Hearing Transcript

NFL SYSTEM ARBITRATION
MAILK MCDOWELL on 02/27/2019

1

2

3

4

5 _____

6 NATIONAL FOOTBALL LEAGUE
  MANAGEMENT COUNCIL

7
         Claimant,
8
         v.
9
  NATIONAL FOOTBALL LEAGUE
10 PLAYERS ASSOCIATION,

11       Respondent.

12 _____

13                              BEFORE SYSTEM ARBITRATOR
14                              STEPHEN B. BURBANK

15                              Re:  Malik McDowell

16

17

18

19

20

21

22

23

24

25

```
 1            APPEARANCES:

 2

 3    For the Claimant:

 4
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
 5
      BY:  ANTHONY DREYER, ESQ.
 6         MICHAEL FOLGER, ESQ.

 7    4 Times Square
      New York, New York  10036
 8    212.735.2157
      anthony.dreyer@skadden.com
 9    michael.folger@skadden.com

10
      NFL MANAGEMENT COUNCIL
11
      MOLLY DELANEY, NATIONAL FOOTBALL LEAGUE
12    MATT THOMAS, SEATTLE SEAHAWKS
      molly.delaney@nfl.com
13

14

15
      For the Respondent:
16
      NFL PLAYERS UNION
17
      BY:  NED EHRLICH, ESQ.
18    ned.ehrlich@nflpa.com

19

20

21    Also Present:  System Arbitrator Stephen B. Burbank
                     Malik McDowell
22                   Joya Crowe

23

24                      --oOo--
25
```

1    afternoon, Malik.

2         MR. McDOWELL:  Good morning -- afternoon.

3         MR. DREYER:  Professor Burbank, for the benefit of

4    Mr. McDowell and his mother, would it be helpful for us to

5    go through the introduction again of who's on the call?

6         ARBITRATOR BURBANK:  I think that's probably

7    appropriate, and then I'll say what the purpose of the call

8    is.  Then we can get into it.

9         MR. DREYER:  Thank you.

10        And, Mr. McDowell, and -- forgive me.

11        Is it Ms. McDowell?

12        MS. CROWE:  No.  Crowe.

13        MR. DREYER:  My name is Anthony Dreyer.  I'm with

14   the firm of Skadden, Arps, Slate, Meagher & Flom.  We're

15   representing the National Football League Management

16   Council.  I'm here in New York with my colleague Michael

17   Folger.  Joining me on the call from the National Football

18   League Management Council is Molly Delaney as well as Matt

19   Thomas from the Seattle Seahawks.

20        Good afternoon to you, and thank you for joining.

21        MR. EHRLICH:  Ned Ehrlich from the NFL Players

22   Association on behalf of Malik McDowell and the NFL Players

23   Association.

24        ARBITRATOR BURBANK:  Okay.  And this is System

25   Arbitrator Stephen Burbank, and I convened this telephone

1   conference at the parties' request to consider a Proposed

2   Order -- to consider entering a Proposed Order in the

3   proceeding that the Management Council, on behalf of the

4   Seahawks, initiated against Mr. Malik for forfeiture of

5   Signing Bonus allocations pursuant to an alleged breach of

6   Paragraph 3 of the Player Contract.

7          My understanding, Mr. Malik, is that you do not

8   contest the forfeiture of the 2017 and 2018 Signing Bonus

9   allocations; is that correct?

10         MR. McDOWELL:  That's right.

11         ARBITRATOR BURBANK:  Do you understand that the

12  Order that I've been asked to sign reserves the right of the

13  Seahawks to seek forfeiture of the 2019 and 2020 Signing

14  Bonus allocations if the Seahawks' physician concludes that

15  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆?

16         MR. McDOWELL:  I understand.

17         MS. CROWE:  Wait a minute.  2019 and 2020?

18         MR. EHRLICH:  And we have reserved the right to

19  contest that, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

20  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

21  ▆▆▆▆▆.

22         ARBITRATOR BURBANK:  Right.

23         My understanding, Mr. Malik, is that that issue has

24  been put off to the future, that the Order, apart from

25  preserving that right, simply deals with 2017 and 2018.

1      MR. McDOWELL:  Okay.

2      MR. EHRLICH:  That is correct.

3      ARBITRATOR BURBANK:  Do you have any questions,

4  Mr. McDowell, about the proceeding?

5      Mr. McDOWELL:  No.  I've basically been told what's

6  going on.

7      ARBITRATOR BURBANK:  If you have any questions or

8  concerns or issues, I wish you would raise them.

9      Mr. McDOWELL:  I don't.

10      ARBITRATOR BURBANK:  Okay.  Let me then ask counsel

11  if you have any matters that you want to raise that I should

12  hear before deciding whether or not to sign this Order.

13      MR. EHRLICH:  This is Ned Ehrlich from the NFL

14  Players Association.  We don't have any questions as it

15  pertains to the Order that is being proposed.  As indicated

16  earlier, we do reserve the right, if there is any subsequent

17  proceeding regarding the 2019 or 2020, to address the issues

18  of Mr. McDowell's ongoing ability or inability to play.

19      ARBITRATOR BURBANK:  Right.  I understand that, and

20  Mr. McDowell said he understood it, as well.  Anything --

21      Mr. Dreyer?

22      MR. DREYER:  Thank you, Professor.  Nothing with

23  respect to the substance of the Order.  As we previously

24  indicated, if you are inclined to enter the Order, we would

25  respectfully request that it be entered on or before

1    March 13th in the current league year, but otherwise, we

2    certainly have no further questions.

3            We thank you for your attention in this matter.

4            ARBITRATOR BURBANK:  Okay.  The Order is going to

5    be -- I will enter the Order, and I'm going to enter it

6    today; and I will send to all of you on the email trail a

7    scanned copy of the Executed Order, just the signature page.

8            MR. EHRLICH:  Thank you, your Honor.

9            MR. DREYER:  Thank you.

10           MR. McDOWELL:  Does that mean I'll be released

11   today?

12           ARBITRATOR BURBANK:  According to the Order --

13   according to the Order, Mr. McDowell, you will be released

14   after the Order is executed, which I don't know whether it

15   will be today or tomorrow.

16           MR. McDOWELL:  Okay.

17           ARBITRATOR BURBANK:  Anything else?

18           MR. McDOWELL:  No.

19           MR. EHRLICH:  No, sir.

20           MR. DREYER:  As a logistical --

21           ARBITRATOR BURBANK:  Well, thank you very much.

22           MR. DREYER:  Forgive me, Professor.  I was going to

23   say, as a logistical matter, I will, after the call, provide

24   everybody with the full contact information for the court

25   reporter and will provide her your email and Mr. Ehrlich's

```
 1   email as well so she can circulate the transcript once it's

 2   ready.

 3          ARBITRATOR BURBANK:  That would be great.  Thank

 4   you.

 5          Okay.  I wish you all a pleasant evening.  Thank

 6   you.

 7          THE REPORTER:  Mr. Ehrlich, are you going to want a

 8   copy?

 9          MR. EHRLICH:  Yes, I do.  This is Ned Ehrlich, and I

10   do want a copy.

11          THE REPORTER:  Thank you.

12          MR. DREYER:  Thank you, everyone.

13          MR. EHRLICH:  Thank you.

14          MS. DELANEY:  Thank you.

15          MS. MCDOWELL:  Thank you.

16          (Thereupon, the proceedings were concluded at

17   1:23 p.m.)

18

19

20

21

22                         --oOo--

23

24

25
```

```
 1        I, AMANDA SALANITRO, a Certified Shorthand Reporter and

 2   Registered Notary Public of the State of New York, duly

 3   authorized to administer oaths, do hereby certify:

 4

 5        That the foregoing proceedings were taken before me at

 6   the time and place herein set forth; that a record of the

 7   proceedings was made by me using machine shorthand which was

 8   thereafter transcribed under my direction; that the

 9   foregoing transcript is a true record of the testimony

10   given.

11

12        I further certify I am neither financially interested

13   in the action nor a relative or employee of any attorney or

14   party to this action.

15

16        WITNESS WHEREOF, I have this date subscribed my name.

17        Dated:  February 27, 2019

18

19

20

21

22        AMANDA SALANITRO, CSR NO. 14035

23

24                    --oOo--

25
```

NFL SYSTEM ARBITRATION
MAILK MCDOWELL on 02/27/2019          Index: 13th..deciding

**1**

13th    9:1

1:23    10:17

**2**

2017    7:8,25

2018    7:8,25

2019    7:13,
  17 8:17

2020    7:13,
  17 8:17

**3**

3    3:17 7:6

**A**

ability    8:18

acceptable
  4:6

activities
  7:15

address    8:17

afternoon
  3:3 6:1,2,
  20

alleged    3:17
  7:5

allocations
  3:16 7:5,
  9,14

Anthony    3:3
  6:13

apologize
  3:21 4:22
  5:7,18

Apparently
  3:20

arbitrator
  3:11,12,24
  4:21 5:15,
  18,19 6:6,
  24,25
  7:11,22
  8:3,7,10,
  19 9:4,12,
  17,21 10:3

Arps    3:4
  6:14

Association
  3:10 6:22,
  23 8:14

attention
  9:3

awake    3:20

**B**

back    4:13
  5:7

basically
  8:5

behalf    3:4,
  10,15 6:22
  7:3

benefit    6:3

Bonus    3:16
  7:5,8,14

breach    3:17
  7:5

Burbank
  3:11,12,24
  4:21 5:18,
  19 6:3,6,
  24,25
  7:11,22
  8:3,7,10,
  19 9:4,12,
  17,21 10:3

**C**

call    4:7,13
  5:2,9,13
  6:5,7,17
  9:23

calling    3:19

capable    7:20

check    4:8

circulate
  10:1

client    4:8

Club's    7:15

colleague
  3:6 6:16

Completely
  4:24

concerns    8:8

concluded
  10:16

concludes
  7:14

conference
  3:13 7:1

contact    9:24

contest    4:4
  7:8,19

Contract
  3:17 7:6

convened
  3:12 6:25

copy    9:7
  10:8,10

correct    7:9
  8:2

Council    3:5,
  7,15 6:16,
  18 7:3

counsel    5:21
  8:10

court    9:24

Crowe    5:12,
  16,24 6:12
  7:17

current    9:1

**D**

deals    7:25

deciding
  8:12

NFL SYSTEM ARBITRATION
MAILK MCDOWELL on 02/27/2019      Index: declaration..Malik

**declaration**
4:3

**Delaney**  3:6
4:10 6:18
10:14

**determine**
7:20

**Dreyer**  3:3,
23,25 4:8,
12,15,20,
24 5:1,4,
10,22 6:3,
9,13 8:21,
22 9:9,20,
22 10:12

**drove**  5:8

---
**E**
---

**earlier**  8:16

**Ehrlich**  3:9,
18,22 4:6,
13,19,22,
25 5:2,5,
11,14,17,
21,23,25
6:21 7:18
8:2,13
9:8,19
10:7,9,13

**Ehrlich's**
9:25

**email**  9:6,25
10:1

**enter**  8:24

9:5

**entered**  8:25

**entering**  7:2

**entry**  4:4

**evening**  10:5

**Everybody's**
5:14

**everyone's**
4:22

**executed**
9:7,14

**experts**  7:20

---
**F**
---

**firm**  3:4
6:14

**Flom**  6:14

**Folger**  3:6
6:17

**football**
6:15,17
7:15

**forfeiture**
3:16 7:4,
8,13

**forgive**  6:10
9:22

**full**  9:24

**future**  7:24

---
**G**
---

**give**  4:17

**good**  3:3,25
4:11 5:25
6:2,20

**great**  4:12
5:17 10:3

**guess**  3:20
4:16

---
**H**
---

**Hang**  4:25

**hear**  8:12

**helpful**  6:4

**hold**  3:18
4:14

**Honor**  3:19
9:8

**house**  5:8

---
**I**
---

**inability**
8:18

**inclined**
8:24

**information**
9:24

**initiated**
3:14 7:4

**introduction**

6:5

**issue**  7:23

**issues**  8:8,
17

---
**J**
---

**Jeffrey**  7:19

**join**  4:2
5:7

**joining**  3:6
6:17,20

**Joya**  5:11,
23

---
**K**
---

**Kutcher**  7:19

---
**L**
---

**lawyers**  5:15

**league**  6:15,
18 9:1

**logistical**
9:20,23

**loop**  5:3,12

---
**M**
---

**make**  4:2

**Malik**  3:10,
15 5:16,
24,25 6:1,
22 7:4,7,

NFL SYSTEM ARBITRATION
MAILK MCDOWELL on 02/27/2019 Index: Management..representing

23

**Management**
3:5,7,14
6:15,18
7:3

**March**  9:1

**Matt**  3:7
4:9  6:18

**matter**  9:3,
23

**matters**  8:11

**Mcdowell**
3:10,15
4:4  6:2,4,
10,11,22
7:10,16
8:1,4,5,9,
20  9:10,
13,16,18
10:15

**Mcdowell's**
8:18

**Meagher**  6:14

**medical**  7:20

**Michael**  3:6
6:16

**minute**  4:17
7:17

**Molly**  3:6
4:9  6:18

**moment**  4:14

**morning**  5:25
6:2

**mother**  6:4

**mother's**
3:19

**move**  4:11

_____

**N**

**National**
6:15,17

**Ned**  3:9,21,
23  4:2,15
5:10  6:21
8:13 10:9

**NFL**  3:4,7,
9,14  6:21,
22  8:13

_____

**O**

**office**  5:3

**ongoing**  8:18

**order**  3:14
4:5  7:2,
12,24
8:12,15,
23,24  9:4,
5,7,12,13,
14

_____

**P**

**p.m.**  10:17

**Paragraph**
3:17 7:6

**participate**

7:15

**parties'**
3:13 7:1

**pertains**
8:15

**phone**  3:6,21

**physician**
7:14

**picks**  4:18

**play**  8:18

**Player**  3:17
7:6

**Player's**
3:19

**Players**  3:10
6:21,22
8:14

**playing**  7:21

**pleasant**
10:5

**preserving**
7:25

**previously**
8:23

**proceed**  3:24

**proceeding**
3:14 7:3
8:4,17

**proceedings**
10:16

**Professor**
4:1,20  6:3

8:22 9:22

**proposed**
3:14 7:1,2
8:15

**provide**
9:23,25

**publicly**  4:8

**purpose**  6:7

**pursuant**  7:5

**put**  3:18
4:14 7:24

_____

**Q**

**question**
3:25

**questions**
8:3,7,14
9:2

_____

**R**

**raise**  8:8,11

**reach**  5:6

**ready**  5:23
10:2

**record**  4:16

**released**
9:10,13

**reporter**
9:25 10:7,
11

**representing**
6:15

NFL SYSTEM ARBITRATION
MAILK MCDOWELL on 02/27/2019          Index: request..York

request   3:13
   7:1 8:25

reserve   8:16

reserved
   7:18

reserves
   7:12

respect   8:23

respectfully
   8:25

responded
   4:25

─── S ───

scanned   9:7

Seahawks
   3:8,15
   6:19 7:4,
   13

Seahawks'
   7:14

Seattle   3:8
   6:19

seek   7:13

seeking   3:16

send   9:6

sense   4:2

she'll   5:9

sign   7:12
   8:12

signature

9:7

Signing   3:16
   7:5,8,13

simply   7:25

sir   9:19

Skadden   3:4
   6:14

Slate   6:14

son's   5:8

stay   4:16

Stephen   3:12
   6:25

submit   4:3

subsequent
   8:16

substance
   8:23

supplemental
   4:3

System   3:11
   6:24

─── T ───

telephone
   3:13 6:25

Thomas   3:7
   6:19

time   4:23

today   9:6,
   11,15

told   8:5

tomorrow
   9:15

totally   5:22

trail   9:6

transcript
   10:1

turned   3:21

─── U ───

understand
   5:20,22
   7:11,16
   8:19

understanding
   7:7,23

understood
   4:24 8:20

utilizing
   7:19

─── W ───

Wait   7:17

wasting   4:22

─── Y ───

year   9:1

York   3:5
   6:16